IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-00821-SBP
(**The above civil action number must appear on all future papers
sent to the court in this action. Failure to include this number
may result in a delay in the consideration of your claims.**)

HALINA TOPA,

    Plaintiff,

v.

RICHARD FRECHIN,

    Defendant.

## ORDER GRANTING LEAVE TO PROCEED UNDER 28 U.S.C. § 1915

    Plaintiff Halina Topa resides in Lakewood, Colorado. She initiated this action *pro se* on March 25, 2024, by filing a Complaint (ECF No. 1)[1] and an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) (ECF No. 2).

    Plaintiff will be granted leave to proceed *in forma pauperis* under 28 U.S.C. § 1915 based solely on her inability to prepay fees or give security therefor. Accordingly, it is

    ORDERED that the Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) (ECF No. 2) is **granted**. It is

    FURTHER ORDERED that the court review Plaintiff's pleading pursuant to 28 U.S.C.

---

[1] "(ECF No. 1)" is an example of the convention used to identify the docket number assigned to a specific filing by the court's Case Management/Electronic Case Files (CM/ECF) system.

§ 1915(e)(2)(B). It is

FURTHER ORDERED that the Clerk of Court shall not issue process at this time. It is

FURTHER ORDERED that the United States Marshals Service shall serve process on any remaining defendant(s) for whom personal service is required if the case is later drawn to a district judge or a magistrate judge under D.C.COLO.LCivR 8.1(c).

DATED March 26, 2024.

BY THE COURT:

Susan Prose
United States Magistrate Judge