Halina Topa
205 Wright St. 2-207
Lakewood, Co. 80228
halina.topa@yahoo.com
Plaintiff proper

United States District Court
District of Colorado

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
2024 APR 30 AM 9:21
JEFFREY P. COLWELL
CLERK

Halina Topa
Plaintiff
vs
Richard Freedlun
Defendant

Case No: No 123-456789-1
24-CV-821

## Motion to extend the time to file Amended Complaint

Plaintiff, Halina Topa motions Honorable Court to allow her additional time to file Amended Complaint ordered April 2, 2024, due to inclussion of additional Defendants and scope of the case for proper Plaintiff.

Plaintiff is diligent in her attempt to file in ordered time, but is concerned about her ability to do so properly based on her ability.

Plaintiff is praying for few additional days, in case if she fails to be timely as per order on April 2, 2024.

Respectfully

HOnTopa
HALINA TOPA