IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-00821-SBP

HALINA TOPA,

    Plaintiff,

v.

RICHARD FRECHIN,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE SUSAN PROSE

    Plaintiff's Motion to Extend Time to File Amended Complaint (ECF No. 6) is GRANTED as follows: Plaintiff shall file an amended Complaint, on the court-approved general Complaint form, as directed in the April 2, 2024 Order (ECF No. 5), **within 30 days from the date of this minute order**. The court-approved General Complaint form, along with the applicable instructions, are available at [www.cod.uscourts.gov](www.cod.uscourts.gov).

    Failure to file an amended Complaint by the deadline will result in dismissal of this action without further notice for the reasons stated in the April 2 Order.

Dated:  May 1, 2024